Form 704-8C
Rev. 1/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re: )
)
EAGLE PLACE INDUSTRIES INC ) Case No. 5-09-51351
)
)
Debtor(s) ) Chapter 7
)

## TRANSMITTAL OF UNCLAIMED FUNDS

Comes now the undersigned trustee and reports as follows:

1. Funds have remained unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case. The bank on which these checks are drawn has been instructed to stop payment on said checks.

2. The trustee's check[1] payable to the Clerk, U.S. Bankruptcy Court, for the unclaimed funds is attached hereto with the request that such funds be deposited in the U.S. Treasury, or the local Registry Account.

3. The trustee has indicated the name, address, and amount due each creditor on the attached..

Date:  12/15/10                          /s/ John G. Leake
                                         JOHN G. LEAKE
                                         P O Box 526
                                         Harrisonburg, VA  22803
                                         (540) 434-7425

---

[1] A separate check payable to the Clerk must be issued for unclaimed dividends less than $25.00 per creditor, which is payable directly to the U.S. Treasury. For those over $25.00 per creditor, a separate check is required which is deposited to the local Registry Account.

# UNCLAIMED FUNDS

| **CLAIMANT** | **CLAIM #** | **AMOUNT** |
|---|---|---|
| KAREN & GARY SHIPP<br>113 MAVERICK CT.<br>STEPHENS CITY, VA. 22655 | 0000004 | $8.84 |